IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-124-JLK**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**1.    ROBIN HARRISON,**

Defendant.

---

**MINUTE ORDER
SETTING TRIAL DATE AND OTHER DEADLINES**

---

Judge John L. Kane **ORDERS**

All pretrial motions in this matter are due on or before **April 27, 2009;** responses

to these motions are due May **7, 2009**.  It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary

motions, if any, and **Final Trial Preparation Conference** is set for **May 15, 2009, at**

**11:00 a.m.**  If counsel believe evidentiary motions are necessary, a separate hearing date

should be requested.  It is

FURTHER ORDERED that a **3-day jury trial** is set for **June 1, 2009 at 9:00 a.m.**

in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  April 6, 2009