**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam  
Court Reporter: Kara Spitler  
Probation Officer: Laura Ansart  

Date: September 18, 2009

Criminal Action No.: 09-cr-00124-JLK

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,   David M. Conner

    Plaintiff,

v.

ROBIN HARRISON,   Robert W. Pepin

    Defendant.

**SENTENCING MINUTES**

**10:01 a.m.   Court in session.**

Court calls case.  Defendant present in custody.  Counsel present.

**Change of Plea Hearing:   June 26, 2009.**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

Discussion regarding objection to PSIR.

Argument heard on Response To Presentence Investigation Report (PSIR) And Motion For Below Guideline Sentence (Filed 8/31/09; Doc. No. 28).

10:04 a.m.   Argument by Mr. Conner.

10:13 a.m.   Argument by Mr. Pepin.

*09-cr-00124-JLK*
*Sentencing*
*September 18, 2009*

10:17 a.m.    Comments and rulings by the Court.

Objection to Presentence Investigation Report is SUSTAINED.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments by the Court.

**ORDERED:   Response To Presentence Investigation Report (PSIR) And Motion For Below Guideline Sentence (Filed 8/31/09; Doc. No. 28) is DENIED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count One to a term of imprisonment of **96 months, and shall run consecutively to any undischarged terms of imprisonment in the Colorado Department of Corrections**.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **3 years**.

**Conditions of supervised release:**
- (X)    Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)    Defendant shall not commit another federal, state or local crime.
- (X)    Defendant shall not possess a firearm or destructive device.
- (X)    Defendant shall comply with the standard conditions adopted by the Court.
- (X)    Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**
- (X)    Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless defendant is in compliance with the installment payment schedule.
- (X)    Defendant shall participate in a program of testing and treatment for drug or alcohol abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.
- (X)    Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  Defendant will be required to pay the cost of

*09-cr-00124-JLK*
*Sentencing*
*September 18, 2009*

                    treatment as directed by the probation officer.
- (X) Defendant shall participate in a program of mental health treatment as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall pay the cost of the treatment as directed by the probation officer
- (X) The Probation Officer is authorized to release to the treatment agency all psychological reports and/or presentence reports for continuity of treatment.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**RESTITUTION:**
Defendant shall pay restitution in the amount of $552.00.

Interest is waived.

This obligation shall be due and payable during the term of supervised release as directed by the probation officer.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:53 m.**     **Court in recess.**
Hearing concluded.
Total in-court time: 52 minutes.